UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

CARLOS QUILLIN,

    Plaintiff,

-vs-                                                    Case No:

AMERICAN COMMERCIAL LINES,

    Defendants.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
_____/

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1.     Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2.     Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3.     At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about November 24, 2014, Plaintiff was in the course of his employment aboard the M/V HARRY MACK, when he was required to perform a two man operation handling line, alone, when as a result of said failure to provide a safe place to work on a seaworthy vessel he was injured.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

      a. Pain and suffering, past future;

      b. Mortification, humiliation, fright shock and embarrassment;

      c. Loss of earnings and earning capacity;

      d. Hospital, pharmaceutical and other cure expenses;

      e. Aggravation of prior condition, if any there be;

      f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g. Mental anguish;

      h. Found;

      i. Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

                                      O'BRYAN BAUN KARAMANIAN

                                      /s/ Dennis M. O'Bryan
                                      DENNIS M. O'BRYAN (P30545)
                                      Attorneys for Plaintiff
                                      401 S. Old Woodward, Suite 463
                                      Birmingham, MI 48009
                                      (248) 258-6262; Fax: (248) 258-6047
                                      dob@obryanlaw.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

CARLOS QUILLIN,

    Plaintiff,

-vs-                              Case No:

AMERICAN COMMERCIAL LINES,

    Defendant.

_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                              O'BRYAN BAUN KARAMANIAN

                              /s/ Dennis M. O'Bryan
                              DENNIS M. O'BRYAN (P30545)
                              Attorneys for Plaintiff
                              401 S. Old Woodward, Suite 463
                              Birmingham, MI 48009
                              (248) 258-6262
                              (248) 258-6047 – fax
                              dob@obryanlaw.net